UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. IGNITE INTERNATIONAL BRANDS, LTD., Defendant. | Case No. CR 24-569-MEMF<br>Los Angeles, California<br>Monday, October 28, 2024<br>1:24 P.M. to 1:28 P.M. |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE

Appearances: See Page 2

Deputy Clerk: Kerri Hays

Court Reporter: Recorded; CourtSmart

Transcription Service: JAMS Certified Transcription
16000 Ventura Boulevard #1010
Encino, California 91436
(661) 609-4528

Proceedings recorded by electronic sound recording; transcript produced by transcription service.

APPEARANCES:

For the Plaintiff: United States Attorney's Office
Central District of California
Criminal Division
By: ALEXANDER B. SCHWAB
312 North Spring Street, Suite 1100
Los Angeles, California 90012
(213) 894-1259
alexander.schwab@usdoj.gov

For the Defendant: Steptoe and Johnson LLP
By: ASHWIN J. RAM
633 West Fifth Street, Suite 1900
Los Angeles, California 90071
(213) 439-9400
aram@steptoe.com

LOS ANGELES, CALIFORNIA, MONDAY, OCTOBER 28, 2024, 1:24 P.M.

THE CLERK: Calling Case No. CR 24-569, *United States of America v. Ignite International Brands, Ltd.*

ALEXANDER B. SCHWAB: Hello again, Your Honor. Alexander Schwab on behalf of the United States.

THE COURT: Hello.

ASHWIN J. RAM: Good afternoon, Your Honor. Ashwin Ram on behalf of Ignite.

THE COURT: All right. And let me ask you again to state your true name.

(Pause.)

THE COURT: Counsel?

MR. RAM: Ignite International Brands, Limited.

THE COURT: All right. But that's the true name of the defendant, and we just want to make sure because you're apparently -- and I'll inquire. Are you authorized to appear here on behalf of that entity?

MR. RAM: Yes, Your Honor.

THE COURT: Okay. So spell your name again for the record -- your true name, please.

MR. RAM: Sure. Ashwin, A-s-h-w-i-n. Last name, Ram, R-a-m, as in "Mary."

THE COURT: All right. Sir, do you understand that the answers you're about to give are on behalf of the entity Ignite International Brands, Ltd.?

MR. RAM: Yes, Your Honor.

THE COURT: All right. Sir, did you review the advisement of statutory and constitutional rights form?

MR. RAM: I have.

THE COURT: All right. I'm advising you and the entity that the entity does have those rights. Do you have any questions about those rights?

MR. RAM: No, Your Honor.

THE COURT: And you understand them?

MR. RAM: Yes, Your Honor.

THE COURT: All right. And you signed the form so indicating on behalf of yourself and the entity; is that correct?

MR. RAM: Yes, Your Honor.

THE COURT: All right. All right. Have you reviewed the Indictment, that is, the charging document?

MR. RAM: I have, Your Honor.

THE COURT: Without telling me whether you admit or deny what's alleged, can you tell me, do you understand the nature of the allegations against the entity, that is, what the Government claims it did to violate the law?

MR. RAM: Yes, Your Honor.

THE COURT: Okay. This case, as you previously heard, is assigned to District Judge Maame Ewusi-Mensah Frimpong, and she asks us to take the not guilty plea. I

will ask the clerk to take the not guilty plea at this time of the entity.

THE CLERK: Ignite International Brands, Ltd., how do you plead to the charges contained in the Indictment?

MR. RAM: Not guilty.

THE COURT: All right. Judge Frimpong also asks for a trial estimate.

Mr. Schwab, if you could just state that for the record again in this matter?

MR. SCHWAB: Approximately two weeks, Your Honor.

THE COURT: All right. And again she directs me to set two dates.

The first date is for a status conference, November 14, 2024, at 2:00 p.m.; and for jury trial, 12/23/24 at 8:30 a.m.

And again, she is located in Courtroom 8B, as in "boy," First Street Courthouse, few blocks away, 350 West First Street, Los Angeles, California 90012-4565.

And so, Counsel, you or another entity representative are directed to appear in front of Judge Frimpong on those dates and times and as she may otherwise direct.

Do you understand?

MR. RAM: Understood, Your Honor.

THE COURT: All right. And I'll again do the due

process advisement in this matter at this time.

The prosecutor is ordered to comply with the disclosure obligations of *Brady v. Maryland*, 373 U.S. 83, 1963, and its progeny and is reminded of the possible consequences of not doing so, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt, referral to a disciplinary authority, and sanctions.

Anything else in this matter at this time?

Government?

MR. SCHWAB: No, Your Honor.

THE COURT: Defense?

MR. RAM: No, Your Honor.

THE COURT: Thank you.

THE CLERK: Court is in recess.

(Proceedings adjourned at 1:28 p.m.)

///

///

CERTIFICATE

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

/s/ Julie Messa
Julie Messa, CET**D-403
Transcriber

December 13, 2024
Date