BILAL A. ESSAYLI
Acting United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
MIKAELA WYNNE GILBERT-LURIE (Cal. Bar No. 337339)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5615
    Facsimile: (213) 894-0141
    E-mail:    mikaela.gilbert-lurie@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. **See Attachment A** |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF DEPARTURE FROM THE UNITED STATES ATTORNEY'S OFFICE; ATTACHMENT A |
| **See Attachment A**, | |
| Defendant. | |

    Plaintiff, United States of America, hereby advises the court that **MIKAELA WYNNE GILBERT-LURIE** is departing the United States Attorney's Office, and all of the cases in **Attachment A** should have the contact information replaced with the generic USAO email used for docketing.

Dated: September 2, 2025

Respectfully submitted,

BILAL A. ESSAYLI
Acting United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division


　　/s/ *Mikaela Wynne Gilbert-Lurie*
MIKAELA WYNNE GILBERT-LURIE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# ATTACHMENT A

| | |
|---|---|
| 1 | 2-25-cr-30-1 |
|  | 2-25-cr-77-1 |
| 2 | 2-21-cr-396-1 |
|  | 2-25-cr-110-1 |
| 3 | 2-25-cr-110-2 |
|  | 2-23-cr-368-1 |
| 4 | 2-25-cr-44-1 |
|  | 2-25-mj-765-1 |
| 5 | 2-25-cr-163-1 |
|  | 2-24-cr-749-1 |
| 6 | 2-25-cr-178-1 |
|  | 2-24-cr-569-2 |
| 7 | 2-24-cr-569-1 |
|  | 2-24-cr-569-3 |
| 8 | 2-25-cr-208-1 |
|  | 2-25-cr-214-1 |
| 9 | 2-24-cr-538-1 |
|  | 2-25-cr-239-1 |
| 10 | 2-21-cr-274-1 |
|  | 2-19-cr-246-2 |
| 11 | 8-25-cr-57-1 |
|  | 2-25-cr-289-1 |
| 12 | 2-12-cr-1201-1 |
|  | 2-18-cr-611-1 |
| 13 | 2-25-cr-289 |
|  | 2-25-cr-325-1 |
| 14 | 2-23-cr-187-1 |
|  | 2-25-cr-342-1 |
| 15 | 2-25-mj-846-1 |
|  | 2-25-cr-28-1 |
| 16 | 2-25-cr-343-1 |
|  | 2-25-mj-3032 |
| 17 | 2-25-mj-3032-1 |
|  | 2-25-cr-371-1 |
| 18 | 8-25-cr-57 |
|  | 2-19-cr-246 |
| 19 | 2-25-mj-1233-1 |
|  | 2-25-mj-3375 |
| 20 | 2-25-mj-3376 |
|  | 2-25-mj-3375-1 |
| 21 | 2-25-mj-3376-1 |
|  | 2-25-cr-383-1 |
| 22 | 2-25-mj-3157-1 |
|  | 2-25-cr-352-1 |
| 23 | 2-25-cr-408-1 |
|  | 2-25-cr-437-1 |
| 24 | 2-25-cr-465-1 |
|  | 2-25-mj-3522-1 |
| 25 | 2-25-cr-225 |
|  | 2-24-cr-287-1 |
| 26 | 2-25-cr-28 |
|  | 2-25-cr-225-1 |
| 27 | 2-09-cr-445-40 |
|  | 5-24-cr-103-1 |
| 28 | 2-24-cr-541-1 |

```
2-24-cr-541-3
2-25-cr-505-1
2-25-cr-30
2-09-cr-445-40
```