TODD BLANCHE
Attorney General
JENNIFER L. WAIER
Assistant United States Attorney
Chief Assistant United States Attorney &
Chief, Criminal Division
JASON C. PANG (Cal. Bar No. 296043)
NISHA CHANDRAN (Cal. Bar No. 325345)
DAVID C. LACHMAN (Cal. Bar No. 261711)
Assistant United States Attorneys
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-2652/2429/5564
Facsimile: (213) 894-0141
E-mail: Jason.Pang@usdoj.gov
Nisha.Chandran@usdoj.gov
David.Lachman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL A. BILZERIAN, et al.,<br><br>Defendants. | No. 2:24-cr-00569-MCS<br><br><u>ORDER GRANTING STIPULATION FOR ORDER SETTING STATUS CONFERENCE AND VACATING PRETRIAL FILING DEADLINES (ECF No. 188)</u> |

The Court has reviewed the parties' Stipulation for Status Conference and Vacatur of Pretrial Filing Deadlines. Good cause shown, IT IS HEREBY ORDERED THAT a status conference in this case be set for Monday, August 31, 2026, at 11:00 a.m.

///

///

IT IS HEREBY FURTHER ORDERED that the pretrial filing deadlines in this case are vacated. The Court will set new pretrial filing deadlines at the status conference on August 31, 2026.

IT IS SO ORDERED.



August 25, 2026
DATE

HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
JASON C. PANG
Assistant United States Attorney