UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – ARRAIGNMENT**

Case No. 2:24-cr-00569-(B)-MCS Date: 9/10/2026

Present: The Honorable: Michael B. Kaufman, United States Magistrate Judge

Interpreter N/A Language N/A

| James Munoz | CS 09/10/2026 | Alex Young |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s) ✔ Present Released on Bond

Scott Rohleder

Attorneys for Defendants: ✔ Present Retained

David I. Schoen

**Proceedings: Arraignment of Defendant and/or** ✔ **Assignment of Case** **Initial Appearance** **Appointment of Counsel**

* Court does not question defendant as to true name.
* Defendant is arraigned under name on the Superseding Indictment B.
* Defendant acknowledges having read the Superseding Indictment B and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Superseding Indictment B.
* This case is assigned to Judge Mark C. Scarsi.
* Government counsel provides trial estimate of 3-4 weeks.
* The parties are ordered to contact Judge Scarsi's Courtroom Deputy Stephen Montes Kerr at (213) 894-0051 regarding the setting of dates for all further proceedings. Judge Scarsi is located in 7C, Los Angeles - Felicitas and Gonzalo Mendez United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc: PSALA, USMLA, Statistics Clerk, CJA Supervising Attorney, PSAED, USMED, PSASA, USMSA, Interpreter, Fiscal

**Initial Appearance/Appointment of Counsel:** 00 : 00

**Arraignment:** 00 : 04

**Initials of Deputy Clerk:** JRMII by TRB