UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

PAUL A. BILZERIAN, et al.,
(2) SCOTT ROHLEDER
(3) IGNITE INTERNATIONAL BRANDS, LTD.

Defendants.

No. CR 24-569-MCS-2, 3

ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT

**TRIAL DATE:**
April 6, 2027
**PTC DATE:**
March 29, 2027

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on September 14, 2026. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance

would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (iv) the unusual and complex nature of this case.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from October 19, 2026 to April 6, 2027. The pretrial conference hearing is continued to March 29, 2027. The briefing schedule for any motions shall be:

a. The parties shall meet and confer on motions in limine no later than February 15, 2027.

b. All motions in limine shall be filed no later than March 1, 2027.

c. All oppositions to motions in limine shall be filed no later than March 15, 2027.

d. Motions in limine shall be heard at the pretrial conference on March 29, 2027.

2. The time period of October 19, 2026 to April 6, 2027, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (B)(iv).

3. Defendant Rohleder shall appear in Courtroom n Courtroom 7C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on April 6, 2027, at 8:30 a.m.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must

commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

September 15, 2026
DATE

HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE